# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRIANING FUND, LOCAL 502,<br>        Plaintiff,<br>    v.<br><br>MAXIM CONSTRUCTION CORPORATION INC.,<br>        Defendants. | Case Number:   16-CV-5612 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAXIM CONSTRUCTION CORPORATION INC.,

| | |
|---|---|
| NAME (Type or print)<br>Peter T. Cahill | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  /s/ Peter T. Cahill | |
| FIRM<br>Leahy, Eisenberg & Fraenkel, Ltd. | |
| STREET ADDRESS<br>33 W. Monroe Street, Suite 1100 | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6302996 | TELEPHONE NUMBER<br>(312) 368-4554 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES           NO  X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES           NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES           NO  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES    NO  X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL  ☐      APPOINTED COUNSEL  ☐   (Civil Rights Case) | |